■ In the Matter of Emilio A., an Infant. Elba M., Respondent; Alba R., Appellant. [624 NYS2d 407] —Order, Family Court, Bronx County (Harold Lynch, J.), entered on or about June 10, 1993, which, insofar as appealed from changed custody of the subject child from respondent, the child's maternal great aunt, to petitioner, the child's maternal aunt, unanimously affirmed, without costs.

Family Court's determination that a change of custody would be in the best interests of the child has a sound and substantial basis in the record (see, Eschbach v Eschbach, 56 NY2d 167, 171-172; Alan G. v Joan G., 104 AD2d 147, 152), including the opinion of a psychologist who was the only expert called at the hearing, the fact that the child's sister resides with petitioner, and proof that petitioner would be able to provide a better home environment, better guidance, and better opportunity to pursue higher education (see, Matter of Rebecca B., 204 AD2d 57, 58; Matter of Gant v Higgins, 203 AD2d 23). Concur—Rosenberger, J. P., Ellerin, Wallach, Kupferman and Mazzarelli, JJ.

■ Michael J. Cass, Appellant, v Hilary V. Cass, Respondent. [624 NYS2d 406] —Order, Supreme Court, New York County (David Saxe, J.), entered November 30, 1993, which, in a proceeding to prevent defendant from relocating out of State with the parties' child, denied plaintiff's motion pursuant to Domestic Relations Law § 237 (b) for an award of counsel fees, unanimously affirmed, with costs.

The evidence that plaintiff engaged in tactics designed to harass defendant rather than further his own rights warrants the denial of counsel fees (see, DeCabrera v Cabrera-Rosete, 70 NY2d 879, 881). Concur—Rosenberger, J. P., Ellerin, Wallach, Kupferman and Mazzarelli, JJ.